UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

M. M.,

       Plaintiff,

   v.

UNITED STATES OF AMERICA, et al.,

       Defendants.

Case No.  26-cv-02476-AGT

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Yvonne Gonzalez Rogers for consideration of whether the case is related to *A.L. v. United States of America*, No. 24-cv-06580-YGR.

**IT IS SO ORDERED.**

Dated: July 2, 2026

ALEX G. TSE
United States Magistrate Judge

United States District Court
Northern District of California